Page 1

(19)

United States District Court
Eastern District Of Michigan

Jomaane A. Jones
Plaintiff,

Case: 2:24-cv-10683
Assigned To : Michelson, Laurie J.
Referral Judge: Morris, Patricia T.
Assign. Date : 3/18/2024
Description: PRIS JONES V CAMPBELL ET AL (MRS)

-VS-

Warden Campbell, Deputy Warden Mc Roberts, John Doe, Alcorta ADW Howard, C/o Vallejo, LT. Roe, John Doe, Sgt. Thiem, FSS D. Baker, C/o Rombach, Director Perry C/o Krueger, C/o Mayfield, C/o Wagus and J. Coats, ADW, Sued in both their Individual and offical capacities, Surety Official Bonds
Defendants.

## Introduction:

This is a civil rights action filed by Jomaane Jones a state prisoner, for damages and injunctive relief under 42. U.S.C § 1983, alleging violation to the First Amendment to the United States Constitution for the Free Exercise of Religion and Freedom to peaceably to assemble, and to petition the Government for redress of grievances, and Cruel and unusual punishments inflicted in violation to the Eighth Amendment to the Constitution, and Confinement in Segregation in violation of the Due Process Clause, and the Equal Protection Clause of the Fourteenth Amendment to the Constitution, and in violation of the (RLUIPA). The plaintiff also alleges the

torts of intentional infliction of mental and emotional distress and negligence.

## Jurisdiction

1. The Court has Jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331 (1) and 1343.

2. The Court has Supplemental Jurisdiction over the plaintiff's State law tort claims under 28 U.S.C. § 1367.

## Parties

3. The plaintiff, Jomaane Jones, was incarcerated at Gus Harisson Correctional Facility (ARF) during the events described in this complaint.

4. Defendant's Krueger, Bombach, Vallejo, Mafield, Wagus are correctional officer employed at ARF. They are sued in their individual capacities.

5. Defendant John Doe is a correctional officer employed at ARF whose name is presently unknown to plaintiff. He is sued in his individual capacity.

6. Defendant's Warden Campbell, Deputy Warden Howard, ADW,

Deputy Warden McRoberts, are in charge of running ARF, and the Supervision and dicipline of all correctional staff at ARF are in charge of reviewing all administrative appeals of disciplinary charges filed by ARF inmates. They are Sued in their individual capacities.

7. Defendant Food service Director Perry Who is in charge of the Supervision of the religious kitchen, He is Sued in his individual capacity.

8. Defendant FSS D. Baker who is employed a ARF. He is sued in his individual capacity.

9. Defendant John Doe is a Correctional officer employed at ARF whose name is presently unknown to plaintiff. He is sued in his individual capacity

10. Defendant LT. Roe is a correctional lieutenant at ARF and is responsible for conducting disciplinary hearings for prisoners accused of breaking prison rules. He is sued in his individual capacity.

11. All the defendants have acted, and continue to act, under color of State law at all times relevant to this complaint.

## Facts

12. On 11/1/23 plaintiff filed two seperate grievance's against the Religious Kitchen. And on 11/14/23 I had a hearing with D. Baker Director Perry they both never tried to fix the problem of the grievance. They Just wanted me to sign off on the grievence. Which I refused to do so.

13. On 11/19/23 plaintiff filed two more grievance's on kitchen staff and C/o Krueger and John Doe. My grievance was rejected and I asked for step 2.

14. On 12/6/23 D. Baker and Director Perry and all staff involved made it their business to teach plaintiff a lesson. D. Baker started to Write class II misconducts in retaliation for something I was giving permission to take my religious meals back to the housing unit by D. Baker and FSS Daykin. And have been for 4 months until plaintiff wouldnt sign off grievance.

15. The very next day on 12/7/23 I asked D. Baker why was he harassing me and writing me class II misconducts for something you gave me permission for? And he said this for all them grievance's you keep writing. He wrote me another misconduct and at 17:25 Mayfield wrote me one too.

Racial Discrimination & Religious Discrimination

16. On 12/8/23 at 06:47 right before I walked in to the chow

hall I seen John Smith #225908 leaving the chow hall with his religious meal. And I asked him did they say anything to him or try to stop him from leaving. And he replied no. I went in to get my religious meal to take back to my unit. As I was leaving I was stopped by C/o Krueger at 06:52.

17. I told C/o Krueger that he had just let John the white guy walk out who is Jewish without stopping him. And that this is racial discrimination, religion discrimination and that they was targeting just me. He replied call it what you want and wrote a misconduct (John is Jewish and Im Buddhist) at 12:25 D. Baker wrote me another misconduct for bringing my lunch back to the unit. D. Baker stated you will get the picture sooner or later.

18. On 12/9/23 Sgt. Thiem reviewed me on ticket at 10:28. I tried to talk to him about the harassment and targeting and retaliation that was going on against me. For filing grievance! on the kitchen and it's staff and some C/o's. He told me he wasn't here for that and told me he here for the misconducts I had done.

19. At 12:45 C/o Vallejo wrote me a misconduct hampering me from praticing my religion freely. On the way to my unit I was Stopped by Sgt. Thiem he told me throw my food away. And I Stated I m hungry and have nothing to eat. Him and 3 John D threw my food away and cuffed me up and took me to the

control center by Sgt. Thiem and C/o John Doe. This was around 12:50 Sgt. Thiem wrote me a misconduct also.

20. Plaintiff was left in cuffs and put in a holding cage in the control center for 30 minutes. Until I spoke with LT. Roe. I let him know about what was going on. He did not care about my religious beliefs. LT. Roe told me if I did not eat in the chow hall with everyone else. That the harassment would continue and get worst.

21. On 12/10/23 C/o Vallejo took my religious meal and threw it away at 12:18 leaving me with nothing to eat. then had me cuffed up by C/o Rombach and C/o Jonh Doe and took to Seg on orders of LT. Roe.

22. C/o Rombach and C/o Jonh Doe as they were taking me C/o John Doe called me all type of nxxxxs and bxxxxs. I said this is happening because yall racist. John Doe replied O Jesus I said dont put Jesus in this. He said fxxx Jesus. I told him I was Buddhist.

23. He replied fxxx you your religion and fxxx Buddha. I told him I will be writing them up. He said who gives a fxxx nxxxer. The Warden not gone help you he on my side. I was pushed up against the wall shoes was snatched off and was put in a small cage with the cuffs still on me. C/o Vallejo and C/o Rombach both wrote misconducts. for lunch and dinner.

24. On 12/11/23 C/o Vallejo took my religious meal and threw it away leaving me with nothing to eat. This was at 06:55. then had me cuffed up by C/o Rombach and C/o (John Doe unknown) and they took me to seg on the order of LT. Roe.

25. On the way to seg C/o Rombach Stated I did give a f*** about my religion. And I was Just trying to get money. I told him my religion dont allow me to eat at the same table where a animal has been Killed. So this is against my religion. He replied you dont care about religion you Just trying to get a law suit. pushed me against the wall snatched my shoes off. putincage

26. At 12:25 around lunch the same thing occured but this time C/o Rombach threw away my food and Stated cant you see n***** you not gone win at this game your playing. And him and the (John doe unknown) C/o took me to Seg. And I asked for mental health and I was put in the cage. First shift never got mental health for me.

26 Second shift finally got a (Johndoe unknown) Women So I could speak with. I told her everything that had happen to me. I told her I fear for my safty and how they been harassing me taking my food leaving me with nothing to eat. I'm going on a hunger strike because this is against my religion. And she told me that it was nothing she could do about it and then she left.

27. On 12/16/23 I was called to the control center to meet with

Deputy Warden Howard to do a check up on me. After she did. She left and LT. Roe told me hold on and brung out a stack of misconduct's. I told him this is not how the Department policy and procedure works. And if I knew that this was my hearing I would have brung my evidence. He said owe well and read the first ticket. I told him that this all come from retaliation from a grievance I did.

28. LT. Roe Stated we already spoke about this. And that I was guilty on all misconducts Violating my Due Process Right. Then he put me in the cage called Two C/o's and had me placed in Seg.

29. On 12/17/23 & 12/18/23 The ADW, Deputy Warden Howard, and Deputy Warden McRoberts came to see me in the whole. And Still nothing was resolved. They told me I had to see SCC and that I was going to a level 4. I was released from the hole at 04:00 on 12/18/23.

30. On 12/19/23 at 10:25 I was called to base to meet with Cpt. Morrill I showed him a paper pursant to: PD 05.03.150 he read it and Stated this dont change nothing for you Still. I told him ok and went back to my cell. Not even 5 minutes went by and I was call to the control center to meet with the ADW and Deputy Howard. Tried to show them the paper and they said they didn't care about no paper.

31. The Defendants asked was I going to eat. And I said will there be a Seperated table for me? Or am I allow to take it back? They replied no. So I replied it's against my religion to eat at the table with dead animals. This is hampering me from folly praticing my religious belief's nothing was resolve & was sent back to my unit.

32. At 02:30 Warden Campbell and Deputy Warden McRoberts Called me to base and I tried to Show them the same papers and they both refused to take a look. And told me nothing is going to change for you. Nothing was still resolved.

## Claims for Relief

33. I am requesting Corrective Action be Implemented and Demand Enforcement and Compliance with Department Policy Directives, PD 01.04.110 (A), PD 02.03.107 (B), (D)(T) PD 03.03.130 (I)(6), (J), (K)(4), PD 05.03.150, Department Work Rules, Rule #1, #2, #3, #5, #13, #14, # 47.

34. Plaintiff have been subjected to pattern or practice of conduct by all defendants named in this complaint, (a) Retaliation, (b) Campaign Harassment, (C) Inhumane Treatment, (d) Mental, Personal, and physical Abuse, (e) Failing to Maintain Good Order and Discipline (f) Racial and Ethinic Intimidation, (g) Religious Discrimination, Racial Discrimination, Religious Indifference and Delibrate

Indifference, (h) Abuse of Authority, (i) Various Procedural Due Process violations, And Falsified class II misconducts written in Retaliation for filing grievances.

35. In violation of Plaintiff's 8th Amendment cruel and Unusual punishment, Plaintiff's due process of the law in violation of the 14th Amendment to the United States Constitution.

36. Also in violation of Plaintiff 1st Amendment to the United States Constitution for the Free Exercise of Religion and Freedom to peaceably assemble, and to petition the Government for redress of grievances.

37. The Defendants Actions also Constitutes the Torts of intentional infliction of mental and emotional distress and negligence under the law of Michigan.

42 USCS § 2000cc

Substantial burdens States: General rule. No goverment shall impose or implement a land use regulation in a manner that impose a substantial burden on religious exercise of a person, including a religious assembly or institution, unless the government demonstrates that imposition of the burden on that person, assembly, or institution.

# Relief Requested

Wherefore; plaintiff requests that the court grant the following relief:

A. Issue adeclaratory Judgment stating that:

1. That all Defendants involved violated the Plaintiff's rights under the 1st Amendment to the United States Constitution for the Free Exercise of Religion and for Freedon to peaceably assemble, and petition the Government for redress of grievances

2. That all Defendants involved violated the Plaintiff's rights under the 8th Amendment to the United States Constitution for failure to take action to curb the physical abuse of prisoner.

3. Defendant LT. Roe actions in conducting the plaintiff's disciplinary hearing. Violated the plaintiff's rights under the Due Process Clause of the 14th Amendment to the United States Constitution.

B. Issue a injunction ordering defendant Campbell to:

1. Release the plaintiff from punitive sanctions with restoration of all rights and privileges.

2. Expunge the disciplinary convictions described in this complaint from the plaintiff's institutional record.

C. Award compensator damages in the following amounts:

1. $300,000 Jointly and severally against all defendants involved for the physical and Mental, and emotional Abuse sustained as a result of plaintiff's Harassment.

2. $30,000 Jointly and serverally against all defendants involved for the punishment, including deprivation of liberty and amenity, and emotional inJury resulting from their denial of due process in connection with the plaintiff's disciplinary proceedings.

3. $500,000 Jointly and serverally against all defendants involved in infringing upon plaintiff's rights to freely practice his religion.

D. Award punitive damages in the following amounts:

1. $25,000 against each defendant involved in the actions that took place.

F. Grant such other relief as it may appear that plaintiff is entitled. For Retaliation, Discrimination for religion and racial, Inhumane Treatment, Targeting, and Racial and Ethinic Intimidation,

Date: 2/22/24

Submitted By [signature]
#527282 Jonaaine Jones

State Of Michigan
County Of Lenawee

# Affidavit

of

, Being duly Sworn, deposes States:

1. I am corrently a prisoner at the Gus Harrison Correctional Facility address being, 2727 E. Beecher Road Adrian, Michigan 49221

2. I'm competent to testify to the facts herein under the Court of law.

3. That on 12/8/23 at 06:47 witness prisoner John Smith #225908 leaving the chow hall with his religious meal. I asked him did they say anything to him or try to stop him. And he replied no. I went in to get my Religious meal tray. As I was leaving the chow hall to take my meal back. I was stopped by C/O Krueger at 06:52 and written a class II Misconduct ticket.

4. Affiant Say's nothing further.

I declare under penalties of perjury that all information giving in this Affidavit is true to the best of my Knowledge, and belief.

Date: 12-19-23

Notary Public

Witness

[signature] #225408

Date: 12-19-23

Submitted by: [signature]

Jumacne Jones #527282

EDWIN WADE
NOTARY PUBLIC, STATE OF MI
COUNTY OF WASHTENAW
MY COMMISSION EXPIRES Jul 18, 2025
ACTING IN COUNTY OF LENAWEE

[signature] 12/19/23

State Of Michigan
County Of Lenawee

Affidavit
of

, Being duly Sworn, deposes States:

1. I am currently a prisoner at the Gus Harrison Correctional Facility address being,
2727 E. Beecher Road
Adrian, Michigan 49221

2. I am competent to testify to the facts herein under the court of law.

3. And that everthing the plaintiff stated in this Federal Complaint is true with evidence to prove and Show that these events has ~~[illegible]~~ occurred with witness that will testify in court to these events that continue to occur.

4. Affiant say's nothing further.

I declare under the penalties of perjury that all information giving in this Affidavit is true to the best of my knowledge, and belief.

Submitted By: [signature]
Jomaine Jones #527882

Date: 12/23/23

Notary Public

State Of Michigan
County Of Lenawee

## Affidavit
## of

, Being duly sworn, deposes States:

1. I am currently aprisoner at the Gus Harrison Correctional Facility address being,
2727 E. Beecher Road
Adrian, Michigan 49221

2. I am competent to testify to the facts herein under the Court of law.

3. That on 12/[illegible]/23 FSS D. Baker Stopped me as I was coming out the chow hall. He said he was writing me another misconduct ticket. And I asked why are you doing this after tell me I could take my religious meal back? And this is when D.Baker Stated. That this was for all them grievance's you been putting in. I heard him and two other inmates heard him as they was going to chow. Inmates Cordarro Louis #792362 and Kalvin Porter #730013 Kitchen Staff was also asked by a fellow inmate Ricardo Towns #927505. why are they Stopping

people from going back with there meals? And Director Perry Stated for all the grievances the inmate Jones was potting in against kitchen staff and C/o's.

4. Affiant Say's nothing further.

I declare under penalties of perjury that all information giving in this Affidavit is true to the best of my knowledge, and belief.

Date: 12/23/23

Submitted by: [signature]
#527282 Jumaane Jones

Notary Public

Witnesses

Cordarros Hollis 792362

Ricardo Towns 927505

K. Porter 730013


Jumaane Jones
#527282
macomb Correctional Facility
34625 26mile Road
Lenox Township, MI 48048
Retail
48226
RDC 99
U.S. POSTAGE PAID
FCM LG ENV
DETROIT, MI 48219
MAR 12, 2024
$1.87
R2305H128914-7
of michigan
United States Court House
W. Lafayett Blvd
Detroit, MI 48226
U.S. MARSHALS