1 of 2 page

Jomaane A. Jones #527282
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI 48048

May 8, 2024

FILED
MAY 14 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

To: U.S. District Court
231 W. Lafayette Blvd. Rm 564
Detroit, MI 48226

RE: Jones V. Campbell et al
Sub: updates
Case No. 2:24-cv-10683-LJM-PTM

I'm writing this letter because this said facility. Has been tampering with my mail. And I have sent things out. And have not received anything back in response. So I have to check because they are trying to silence me by any means. So please keep me informed if possiable thank you. Deputy Warden Howard is using all tactics to keep me silenced. All forms of retaliation.

CC: file

Date: 5/8/2024

/S *Jomaane Jones*
Jomaane Jones #527282

2 of 2 page

State Of Michigan
County Of Macomb

Affidavit
of

, Being duly Sworn, deposes States:

1. I am currently a prisoner at the Macomb Correctional Facility address being, 34625 26 Mile Road Lenox Township, MI 48048

2. I am competent to testify ~~~~~~ to the facts herein under the court of law.

3. That on May 8, 2024 I mailed out an letter to the U.S. District Court explaining that this said facility was tampering with my mail. And asking for an update.

4. Affiant Say's nothing further

I declare under the penalties of perjury. That all information giving is true. To the best of my beliefs and knowledge.

CC: file

Date: 5/8/24

/s/ Jumaane Jones
Jumaane Jones #527282

NAME: Jumcane Jones
Number: 527282
Address: 34625 26 Mile Rd
Address: Lenox Township, MI 48048

METROPLEX MI 480
9 MAY 2024 PM 15 L

U.S. MARSHALS
U.S. District Court
Clerks Office
231 W. Lafayette Blvd. Rm 564
Detroit, MI 48226

48226-271835



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019