Jomaane A. Jones #527292
Macomb Correctional Facility
34625  26 Mile Road
Lenox Township, MI 48048

May 19, 2024



FILED
MAY 23 2024
CLERK'S OFFICE
DETROIT

To: U.S. District Court
    231 West Lafayette Blvd Rm 564
    Detroit, MI 48226

RE: Jones v. Campbell et al
Sub: Update for case
Case No. 2:24-CV-10683-LJM-PTM

CC: file

Im writing you this letter because this facility has been tampering with my mail. So Im using another inmate so that it make it to you. This facility has been retaliating against me. Because I have did grievances and have had the ~~ombuds~~ ombudsman come here. And I put a grievance in against Deputy Warden Howard. Who is mentioned in this said case. I have written letters to this court. And I have filed papers with this court and have not got a response. They never let me watch no video that the letter this court talked about. I need to know whats going on or if this court responded to any of my letters

2 of 3 page

or papers I filed in the court. And if you have responded they have not gave me anything. The Deputy Warden continues to try to silence me in every way she can. So please reach out and hopefully I will get your response to this letter.

Date: 5/19/24         /s/ Jumaane Jones
                      Jumaane Jones #527282

CC: file

State Of Michigan
County Of Macomb

<u>Affidavit</u>
of
, Being duly sworn depposes States:

1. I am currently a prisoner at the Macomb Correctional Facility address being 34625 26 Mile Road Lenox Township, MI 48048

2. I am competant to testify to the facts herein under the court law.

3. That on May 19, 2024 I wrote a letter to the courts stating the facts within it and mailed it out to the U.S. District court address being 231 West Lafayette Blvd Room 564, Detroit, Michigan 48226.

4. Affiant say's nothing forther.

CC: file

I declare under the penalties of perjury. That all information giving is true. To the best of my knowledge and belief.

Date: 5/19/24

/s/ Jumaane Jones
Jumaane Jones #527282



Office Of The Clerk
U.S. District Court
231 West Lafayette Blvd Rm 564
Detroit, MI 48226

46226$27i8 C052

NAME: Antwaun Cardwell
Number: #688019
Address: 34625 26 Mile Road
Address: Lenox Township, MI 48048