③

1 of 2
Page

Jumaune A. Jones #527282
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

May 28, 2024

FILED
JUN 0 5 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

To: U.S. District Court
231 West LaFayette Blvd. Rm 564
Detroit, MI 48226

RE: Jones v. Campbell et al,
Sub: Change of address and redirect Mail.
Case No. ⟨24-10683⟩

Hello I'm writing this letter explaining to the court my movement to another facility. I have not yet watched the video. Nor have I recteved a response from any of my letters from the courts. The last facility was tampering with my mail. I wrote a letter to the courts on May 7, 2024 and have not heard nothing from the courts. And I know I must let all indavidoals know about my new address. But I don't have the money for the copies. Can someone please explain what to do?

CC: file

2 of 2
Page

State Of Michigan
County of Alger

<u>Affidavit</u>
of
, Being duly Sworn deposes States:

1. I am currently a prisoner at the
Alger Correctional Facility address being,
N6141 Industrial Park Drive
Munising, MI 49862

2. I am competant to testify to the facts herein
under the Court of law.

3 That on May 28, 2024 I wrote a letter to
the U.S. District Court address being 231
West Lafayette Blvd. Rm 564. Detroit, MI
48226. Eastern District of Michigan.

4. Affiant Say's nothing further.

I declare under the penalties of perjury. That
all information giving is true. To the best of my
CC: file knowledge and belief.

Date: 5/28/2024      /s __Jomaane Jones__
                        Jomaane Jones #527282



USA ★ FOREVER

NAME: Jermaine Jones
Number: 527282
Address: N6141 Industrial Park Drive
Address: Munising, MI 49862

U.S. MARSHALS

U.S. District Court
Clerk Office
231 West Lafayette Blvd. Rm 564
Detroit, MI 48226

48226፤2718