1 of 2
page

Jumaune A. Jones #527282
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

To: U.S. District Court          Case No. 2:24-cv-10683-LJM-PTM
Eastern District Of Michigan   Hon. Laurie J. Michelson
231 W. Lafayette Blvd
Detroit, Michigan 48226

I have been trying to sent out my Statement and Supplement. To the Mediator and the other party. But this said facility has been rejecting all my legal mail that I have been trying to send out. All because I asked Ms. Hoover who is the P.C. how come she dont do her rounds early so that my legal mail can be sent out on the same day? Because Policy Directive 05.03.118 Says Mail that a prisoner is sending via disbursment that is clearly identified as being to a court, an attorney, or a party to a lawsuit due to pending litigation including initial filing and service of a lawsuit shall be processed as soon as possible. And her reply was I do my rounds when I want to. And that she just be getting to work around that time. What do I exspect her to do just start working. After that all my mail was rejected after that I showed her that this was a court order from this court.

CC:file  And that I had a deadline and she rejected it again. And I asked why she keep rejecting my mail. And she stated this is LMF we do things different around here so get use to it. I have wrote the grievance on her and this facility.

2 of 2 page

And I'm writing this court so that you can see I'm doing my part. And that if I dont make it to the deadline that was giving. It will be because this facility allowed her to reject all my mail. I hope that this letter finds you well.

Date: 10/3/24      S/ Jamaine Jones
                   Jamaine Jones #527282

cc: file

1 of 1 page

State Of Michigan
County Of Alger

**Affidavit**
of
_____, Being duly Sworn deposes States:

1. I am currently a prisoner at the Alger Correctional Facility address being, N6141 Industrail Park Drive Munising, MI 49862

2. I am competent to testify the the facts here in under the court of law.

3. That on October 3rd, 2024 I mailed a letter to the U.S. District Court Eastern District of Michigan address being, 231 W. Lafayette Blvd, Detroit, MI 48226. Stating in the letter that the P.C. of this Said facility is rejecting all my legal mail being sent out. Letter going to Hon. Laurie J. Michelson

4. Affiant say's nothing further

C: file

I declare under the penalties of purjury. That all information giving is true. To the best of my knowledge and belief.

Date: 10/3/24

S/ Jumaune Jones
Jumaune Jones #527282

NAME: Jamarie Jones
Number: 527282
Address: Alger Industrial Park Drive
Address: Munising, MI 49862

KINGSFORD MI 498
05 OCT 2024 PM 1 T

Hon. Laurie J. Michelson
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
OCT 09 2024
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

48226&2700

