UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JUMAANE JONES,<br><br>　　Plaintiff,<br><br>v.<br><br>WARDEN CAMPBELL et al.,<br><br>　　Defendants. | Case No. 24-10683<br>Honorable Laurie J. Michelson<br>Magistrate Judge Kimberly G. Altman |

## ORDER DISMISSING
## PLAINTIFF'S MOTION TO APPOINT COUNSEL [7]

This case has been referred to the District's *Pro Se* Prisoner Early Mediation Program. (ECF No. 13.) The parties are scheduled to participate in a mediation conference on February 10, 2025. (ECF No. 19.) Thus, the Court finds that Plaintiff's motion to appoint counsel (ECF No. 7) is premature.

Accordingly, IT IS ORDERED that Plaintiff's motion to appoint counsel (ECF No. 7) is DISMISSED WITHOUT PREJUDICE. Plaintiff may refile the motion after mediation if warranted.

SO ORDERED.

Dated: January 10, 2025

　　　　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　　　　LAURIE J. MICHELSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE