1 of 2
page

Jumaane A. Jones #527282
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

**FILED MAY 28 2025 U.S. DISTRICT COURT BAY CITY, MICHIGAN**

May 15, 2025

To: Patriciaa T. Morris   Case No. 2:24-cv-10683
U.S. Magistrate Judge
231 W. Lafayette Blvd
Detroit, MI 48226

CC:file

I'm writing the court once again. Because this facility is doing things to make me miss all my dead lines. I have wrote the Warden, I have done grievances and still nothing is being done I have been taking off the law library call-out for 3 weeks now. E. Schierschmidt continues to take me of the law library callout My father passed in April and I had to talk with family so I went over to the law library but I left early and now I've been off since them. I have wrote her kits explaining that I need copies and I have a dead line. She approved me for extra time in the law library for a deadline on my appeal and she made me miss that dead line as well on May 1, 2025. I asking this court to please contact this prison so that they can stop picking with me. And doing thing on purpose. They want give me any copies or law library time to make me miss my dead line please help me if you can please.

State Of Michigan
County Of Alger

### Affidavit
of
, Being duly sworn, deposes States:

1. I am currently a prisoner at Alger Correctional Facility address being,
N6141 Industrial Park Drive
Munising, MI 49862

2. I am compentent to testify to the facts here in under the court of law.

3. That on 5/14/25 I sent a letter to the courts about this same situation. And that on 5/15/25 I sent another letter explainning what is going on with me at this facility with this Affidavit. This becoming harmful to my case and this facility is blocking me from sending in my evidence because I need copies so that I want lose my evidence. Everything I have said in both letters and this Affidavit is true.

CC: file

4. Affiant say's nothing further.

/s/ Jumaane Jones
Jumaane Jones #927284

I declare under the penalties of perjury that all information given is true. To the best of my knowledge and belief.

Jenaune Jones #527282
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

Patricia T. Morris
U.S. Magistrate Judge
231 W. Lafayette Blvd.
Detroit, MI 48226