1 of 2 page

Jomaane A. Jones #527282
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI 49788

May 26, 2025

To: Mag. Judge
Patricia T. Morris
U.S. District Courthouse
231 W. Lafayette Blvd
Detroit, Michigan 48226.

Sub: Jones V. Campbell, et al.,
Case No. 2:24-cv-10683
RE: Change of address

I am writing the courts to do a change of address so that my case want be stopped or dismissed. I arrived at this facility on the May 19, 2025. Did not get my property until the 21st. I received my property with my legal papers torn up and trashed. I have written a grievance on the officer who did it here at this location. Most of my legal papers are missing and is torn up not just for this case but for my appeal as well. I have not yet ~~have~~ gotten the chance to get to a law library I am still going through all my legal papers to see what all evidence I have left to copy and to mail out to the courts and the Attorney General

CC: file They have made me miss my deadlines and I had to ~~make~~ have my cousin Shanita Campbell file paper on my behalf. The thing that MDOC is doing to me is out of my control so please bare with me. Thank You.

## Certificate of Service

I hereby Certify, Pursuant to MCR 1.109 (D)(3)(b), that on May 27, 2025, I served the following persons by regular mail, or by other means as noted, with a true copy of the foregoing letter to change address at their addresses of record:

Pattrica T. Morris
U.S. Magistrate Judge
231 W. Lafayette Blvd
Detroit, MI 48226

Joseph Y. Ho (P77390)
Assistant Attorney General
P.O. Box 30217
Lansing, MI 48909

I declare under the penalties of perjury that all information giving is true to the best of my knowledge and belief.

Date: 5/27/2025

/s/ Jamaune Jones
Jamaune Jones #527282

CC: file

US POSTAGE PITNEY BOWES
ZIP 49788 $ 000.69
02 4W
0000386198 MAY 28 2025

GRAND RAPIDS MI
30 MAY 2025 PM 5

Patrick T. Morris
U.S. Magistrate Judge
231 W. Lafayette Blvd
Detroit, MI 48226

48226-270099

Jumaane Jones #527282
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI 49788

U.S. MARSHALS